UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMD GROUP, LLC d/b/a AMD LASERS<br><br>Plaintiff,<br><br>vs.<br><br>ZOLAR TECHNOLOGY & MFG. CO., INC.,<br><br>Defendant. | CIVIL ACTION NO. 16-cv-2627<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff AMD Group, LLC d/b/a AMD LASERS ("AMD LASERS"), by and through its attorneys, and for its Complaint against Defendant Zolar Technology & Mfg Co., Inc. ("Zolar"), states as follows:

## NATURE OF THE ACTION

1. Zolar is committing unfair and deceptive trade practices and has been unjustly enriched by falsely advertising, marketing, and promoting its dental laser products in a way that misleads consumers into believing that the dental lasers are manufactured in Canada when, in fact, the dental lasers are being manufactured in China, shipped from China to Canada, and subsequently imported into the United States.

2. AMD LASERS is a world renown and leading supplier of first class soft tissue dental lasers under the brand names Picasso® and Picasso® Lite. Soft tissue dental lasers are used for various soft tissue and periodontal treatments.

3. AMD LASERS is an Indiana-based company. Its headquarters are located in Indianapolis, where, among other functions, it engages in research and development, marketing,

and sales. To date, however, as plainly indicated on the product, its Picasso line of soft tissue dental lasers are manufactured and assembled in China.

4. Purchasers of soft tissue dental lasers consist primarily of the over 200,000 practicing dentists in the United States. These dentists are members of large and small groups, and as sole practitioners.

5. Within the United States, the majority of the soft tissue dental laser market is serviced by a few dental laser companies, including AMD LASERS, Zolar, and others.

6. Zolar is located in Ontario, Canada and competes with AMD LASERS in the soft tissue dental laser market. Zolar markets and sells soft tissue dental lasers under the brand names Photon and Photon Plus. On information and belief, Zolar ships directly to customers in the United States from its headquarters in Canada or through its exclusive Canadian distributor, Oral Science.

7. Zolar represents to customers and potential customers, including in its product brochures, marketing materials, press releases, oral communications at trade shows, and other means, that the Photon and Photon Plus lasers are manufactured in Canada.

8. However, in fact, the Photon and Photon Plus lasers are manufactured in China by the same manufacturing company that makes the Picasso and Picasso Lite lasers marketed and sold by AMD LASERS.

9. Zolar's false and misleading representations that its Photon and Photon Plus lasers are Canadian-made are likely to create confusion in the marketplace as to the correct country of origin of manufacturing for the Photon and Photon Plus lasers.

10. Contemporaneously with the filing of this Complaint, Zolar is attending and exhibiting its Photon line of soft tissue dental lasers at the Chicago Dental Society's Midwinter

Meeting being held at McCormick Place, Chicago, Illinois. The CDS Midwinter Meeting, which runs from February 25-27, 2016, is one of the premier dental industry trade shows and attracts thousands of attendees from this District, the United States and around the world.

11. AMD LASERS also is attending and exhibiting at the CDS Midwinter Meeting to market and promote its Picasso soft tissue dental lasers.

12. At its exhibitor booth, Zolar is showcasing its Photon line of soft tissue dental lasers. These lasers compete directly with AMD LASERS' Picasso line of soft tissue lasers.

13. In promoting these products at the CDS Midwinter Meeting, Zolar is falsely representing to customers, potential customers, other conference attendees, and the dental industry as a whole, that its Photon line of soft tissue dental lasers are made in Canada when, in fact, they are made in China.

14. Zolar's false and misleading advertising and promotional claims have irreparably harmed, and continue to irreparably harm, AMD LASERS, resulting in lost sales, profits, and market share and in significant damage to the marketability of the AMD LASERS Picasso and Picasso Lite lasers, AMD LASERS' relationships with its established and prospective customers, and AMD LASERS' goodwill and reputation in the industry.

15. Zolar has intentionally misled, and continues to mislead, dental laser customers by advertising and deceptively labeling its dental lasers as manufactured in Canada, and/or by intentionally and deceptively omitting any country of origin of manufacturing. Zolar is taking advantage of a perspective by dental laser customers (i.e., dentists) that products made in China are inferior.

16. By this action, AMD LASERS seeks an order enjoining Zolar from making these false and misleading statements about the country of origin for the manufacturing of the Photon

and Photon Plus lasers and requiring Zolar to take corrective action. AMD LASERS further seeks compensatory and exemplary damages.

## PARTIES

17. AMD LASERS is a corporation organized and existing under the laws of the State of Indiana and having a principal place of business at 7405 Westfield Boulevard, Indianapolis, Indiana 46240.

18. On information and belief, Zolar is a Canadian company with a principal place of business at 6315 Shawson Drive, #7-8, Mississauga, Ontario, L5T1J2, Canada.

## JURISDICTION AND VENUE

19. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 because the action arises under federal law. This Court has supplemental jurisdiction over the claims arising under the laws of Illinois pursuant to 28 U.S.C. § 1367(a).

20. This Court has personal jurisdiction over Zolar because Zolar has transacted business in this District and the transactions and false advertising complained of has occurred in this District as well as throughout the United States.

21. Zolar is attending the Chicago Dental Society's Midwinter Meeting, being held at McCormick Place in Chicago, Illinois, on February 25-27, 2016. At the CDS Midwinter Meeting, Zolar is exhibiting, promoting, and offering to sell its Photon line of soft tissue dental lasers, and, as part of those promotion sales efforts, making express misrepresentations regarding the geographic origin of manufacturing of the Photon lasers and perpetuating the misleading and deceptive representation that the Photon lasers are made in Canada.

22. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and (c) because the false and misleading advertising was disseminated to, and the unfair and deceptive trade practices committed in, at least in part, this District.

## FACTS COMMON TO ALL COUNTS

**A.  AMD LASERS**

23. AMD LASERS is an award winning and global leader in soft tissue dental lasers for a wide variety of soft tissue and periodontal treatments.

24. In 2009, AMD LASERS launched an innovative soft tissue dental laser under the brand name Picasso.



**Picasso**

25. Since 2009, AMD LASERS has continued to innovate in soft tissue dental laser technology, with launches of new products under the brand names Picasso Lite and most recently with Picasso+ and Picasso Lite+.

26. AMD LASERS' Picasso line of soft tissue lasers are indicated for a wide variety of soft tissue and periodontal procedures, as well as for laser assisted whitening or bleaching of teeth.

27.     Although AMD LASERS designed and developed the technology of its Picasso line of soft tissue lasers in the United States at its Indianapolis headquarters, AMD LASERS' Picasso line of soft tissue dental lasers have, to date, primarily been manufactured in China by Shanghai Wonderful Opto-Electrics Tech. Co., Ltd. ("SWOT"), 2F, Building 3, Lane 561, Nujiang Road (North), Shanghai 200333, China. AMD LASERS clearly and conspicuously marks its Picasso line of lasers with a "Made in China" or "Assembled in China" stamp on the outer part of its laser product.

28.     AMD LASERS' Picasso line of soft tissue lasers has received numerous awards in the dental industry, including Pride Institutes' Best in Class Award (2015), Dentistry Today's Top 100 Products (2010-2015); Townie Choice (2010-2015); Orthotown Townie Choice (2013-2015); and Dentistry Today's Top 50 Technologies (2010-2014). AMD LASERS also was voted the top Indiana company in the Health and Life Sciences Category at the Techpoint MIRA 2011 awards and was awarded a top Indiana Company to Watch in 2011 presented by the Indiana Economic Development Corporation (IEDC), its Small Business Development Center network, Purdue University and the Edward Lowe Foundation.

29.     Through its sales and service support commitments, coupled with its Picasso line of affordable, high-quality and innovative dental lasers, AMD LASERS had developed substantial goodwill and a high quality reputation with its customers and the dental industry in general.

**B.      Zolar's Photon and Photon Plus Dental Diode Lasers**

30.     Zolar markets and sells in the United States and around the world two soft tissue dental laser products under the brand names Photon and Photon Plus.



**Photon**                                **Photon Plus**

31.     Zolar's Photon line of soft tissue dental lasers are marketed in the United States in direct competition to AMD LASERS' Picasso line of soft tissue dental lasers.

32.     Zolar represents and holds itself out to be a Canadian manufacturer of its dental lasers. For example, Zolar represents on its website that it is a "Canadian based dental equipment manufacturer, specializing in Diode Lasers." (http://www.zolartek.com/) Zolar puts out press releases representing itself as "a Canadian-based soft tissue Laser manufacturer specializing in dental diode lasers." (http://www.zolartek.com/canadian-soft-tissue-laser-company/)

33.     Zolar also represents that its Photon line of dental lasers are manufactured, or made, in Canada at numerous trade shows and exhibitions in the United States, including: the American Dental Association Show, the New York Dental Show, and the Chicago Dental Society Midwinter Meeting. (http://www.zolartek.com/dental-laser-exhibitions/)

34.     On information and belief, Zolar sells its Photon line of dental lasers direct to consumers in the United States, including in this District.

35. On information and belief, Zolar also sells its Photon line of dental lasers through a Canadian distributor, Oral Science.

- Photon: http://www.oralscience.ca/en/products/photon.html
- Photon Plus: http://www.oralscience.ca/en/products/photonplus.html

36. On information and belief, Zolar also sells its Photon line of dental lasers through an exclusive relationship with its Canadian distributor, Oral Science.

37. Zolar, through its distributor Oral Science, holds itself out to be a "Canadian Manufacturer" conspicuously placed next to Zolar log and the logo of the Photon line of lasers.





(http://www.oralscience.ca/en/products/photon.html)

38. Oral Science prominently markets, on behalf of and with the approval of Zolar, that a primary (the first) reason to purchase a Photon laser from Zolar is because the laser is manufactured in Canada.

> **Why the Photon Series by Zolar?**
> - ==Canadian manufacturing==
> - Highest rating from the Dental Advisor
> - Optimal portability: long-lasting battery pack (3.5 to 4 hrs) & wireless foot pedal
> - Very advanced software with user-friendly menu options
> - 2 wavelengths available (810 nm - 980 nm)
> - Built-in tutorial (12 pages on screen)
> - 22 built-in treatment presets
> - 2 year warranty
> - Large 3,5 inches touch screen color display
> - Whitening treatment with minimal sensitivity
> - In-office education & support by the Optimal Health Coach Team of Oral Science
> - Includes transportation case

(http://www.oralscience.ca/en/products/photonplus.html) (Empahsis added)

39. The foregoing representations and statements that Zolar manufactures its Photon line of soft tissue dental lasers in Canada are false and misleading. As a matter of fact, Zolar's Photon line of soft tissue dental lasers are manufactured *in China* by the same Chinese manufacturing company (SWOT) that assembles the AMD LASERS' line of Picasso of dental lasers.

40. Zolar's misrepresentations cause, or are likely to cause, confusion among customers who are misled to believe they are purchasing a soft tissue dental laser imported from and made in Canada when, in fact, they are purchasing a laser made in China.

41. Zolar knows that customers believe that products made in China are inferior, especially customers in the United States. As such, customers are likely willing to pay a premium for dental lasers allegedly made in Canada as opposed to dental lasers made in China, or are likely to choose an allegedly Canadian-made dental laser over a Chinese-made dental laser.

42. Zolar intentionally misleads consumers by falsely designating its Photon line of lasers as manufactured in Canada and/or by deceptively and intentionally omitting the true

geographic origin of manufacturing. From product description details on websites, to press releases, to product labeling, to statements and communications at industry trade shows (including the 2016 CDS Midwinter Meeting), Zolar intends for customers to read, hear, and be influenced by Zolar's representations that the Photon line of lasers are manufactured in Canada and not in China.

43. As a result of Zolar's false, deceptive, and misleading industry statements, marketing statements, packaging, labeling and omissions, customers are deceived and misled when they purchase Zolar's Photon or Photon Plus lasers. Zolar's actions constitute false advertising, false designation of origin, and unfair competition in violation of the federal Lanham Act, 15 U.S.C. § 1125(a).

44. By reason and as a result of Zolar's misrepresentations or deceptive omissions, AMD LASERS has suffered actual damages for lost sales and profits and for injury to its goodwill and reputation. In addition, by reason and as a result of Zolar's misrepresentations or deceptive omissions, AMD LASERS has suffered, and will continue to suffer, immediate and irreparable harm to AMD LASERS, including injury to AMD LASERS' business, reputation and goodwill, for which there is no adequate remedy at law, thereby entitling AMD LASERS to injunctive relief a) restraining and enjoining Zolar, its agents, employees, representatives and all persons acting in concert with Zolar, from engaging in future acts of false advertising and unfair competition, b) ordering that a correct geographic country of origin of manufacturing be placed on all labeling and marketing materials for the Photon line of soft tissue dental lasers, and c) ordering removal of all of Zolar's misleading false advertisements as to the manufacturing origin of the Photon line of soft tissue dental lasers.

45. Because of Zolar's bad faith and intentional and willful misrepresentations, unfair competitions, and deceptive trade practices, AMD LASERS is entitled to recover punitive damages to deter Zolar from repeating their unlawful activities, as well as an award of AMD LASERS' attorneys' fees and costs of this action.

**COUNT I**
**FALSE ADVERTISING AND UNFAIR COMPETITION IN VIOLATION OF THE LANHAM ACT**
**15 U.S.C. § 1125 (a)(1)**

46. AMD LASERS incorporates the allegations of paragraphs 1 through 45 as if fully set forth herein.

47. Zolar markets, promotes, and sells in the United States and in this District soft tissue dental lasers under the brand names Photon and Photon Plus in direct competition with AMD LASERS' Picasso line of soft tissue dental lasers.

48. Zolar has made, and continues to make, misrepresentations and omissions of fact regarding the geographic origin of the manufacturing of the Photon line of laser products, specifically that the Photon lasers are manufactured in Canada when, in fact, they are manufactured in China.

49. Zolar's misrepresentations and omissions of fact in its advertising, marketing and promotion of the Photon line of soft tissue dental lasers are directed to customers in the United States and in this District, including dentists and dental offices who are current or prospective customers of AMD LASERS.

50. In direct competition to AMD LASERS' Picasso line of soft tissue dental lasers, Zolar has advertised, marketed, and promoted (and continues to do so) the Photon line of soft tissue dental lasers in interstate commerce and in this District, on websites, at various trade

shows and exhibitions (including at the Chicago Dental Society's Midwinter Meeting in Chicago, Illinois), in industry communications, in press releases, and through other means.

51. Zolar's false and misleading advertising statements and omissions violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125 (a).

52. Customers, including current and prospective customers of AMD LASERS, are likely to be misled and deceived by Zolar's misrepresentations and omissions in the advertising, marketing, and promotion of the Photon line of soft tissue dental lasers.

53. As a direct and proximate result of Zolar's misrepresentations and omissions, AMD LASERS has suffered pecuniary loss, including lost sales, diminished profits, and losses to its reputation and goodwill.

54. Zolar has caused, and will continue to cause, immediate and irreparable harm to AMD LASERS, including injury to AMD LASERS' business, reputation and goodwill, for which there is no adequate remedy at law. AMD LASERS is therefore entitled to an injunction under 15 U.S.C. § 1116 restraining Zolar, its agents, employees, representatives and all persons acting in concert with Zolar, from engaging in future acts of false advertising and unfair competition, ordering that a correct geographic country of origin of manufacturing be placed on all labeling and marketing materials for the Photon line of soft tissue dental lasers, and ordering removal of all of Zolar's misleading false advertisements as to the manufacturing origin of the Photon line of soft tissue dental lasers.

55. Pursuant to 15 U.S.C. § 1117, AMD LASERS if further entitled to recover from Zolar the gains, profits, and advantages that Zolar obtained as a result of their acts in violation of 15 U.S.C. § 1125(a), in an amount to be proven at trial.

56. Pursuant to 15 U.S.C. § 1117, AMD LASERS is entitled to recover the costs of this action. Moreover, because Zolar's misrepresentations and omissions were undertaken deliberately and willfully and with the intention of causing confusion, mistake, or deception in the marketplace, this is an exceptional case entitling AMD LASERS to recover punitive damages and its reasonable attorneys' fees.

**COUNT II**
**FALSE DESIGNATION OF ORIGIN IN VIOLATION OF THE LANHAM ACT**
**15 U.S.C. § 1125 (a)**

57. AMD LASERS incorporates the allegations of paragraphs 1 through 45 as if fully set forth herein.

58. Zolar has made, and continues to make, misrepresentations and omissions of fact regarding the geographic origin of the manufacturing of the Photon line of laser products, specifically that the Photon lasers are manufactured in Canada when, in fact, they are manufactured in China.

59. Zolar's misrepresentations and omissions of fact in its advertising, marketing and promotion of the Photon line of soft tissue dental lasers constitute a false designation of origin, false description, and false representation that the Photon line of soft tissue dental lasers are manufactured in Canada when, in fact, they are manufactured in China.

60. In direct competition to AMD LASERS' Picasso line of soft tissue dental lasers, Zolar has advertised, marketed, and promoted (and continues to do so) the Photon line of soft tissue dental lasers in interstate commerce and in this District, on websites, at various trade shows and exhibitions, in industry communications, in press releases, and through other means.

61. Customers, including current and prospective customers of AMD LASERS, are likely to be misled, confused, and deceived by Zolar's misrepresentations and omissions as to the

true geographic origin of manufacturing of the Photon line of soft tissue dental lasers in violation of 15 U.S.C. § 1125(a).

62. As a direct and proximate result of Zolar's misrepresentations and omissions, AMD LASERS has suffered pecuniary loss, including lost sales, diminished profits, and losses to its reputation and goodwill.

63. Zolar has caused, and will continue to cause, immediate and irreparable harm to AMD LASERS, including injury to AMD LASERS' business, reputation and goodwill, for which there is no adequate remedy at law. AMD LASERS is therefore entitled to an injunction under 15 U.S.C. § 1116 restraining Zolar, its agents, employees, representatives and all persons acting in concert with either of them, from engaging in future acts of false advertising and unfair competition, ordering that a correct geographic country of origin of manufacturing be placed on all labeling and marketing materials for the Photon line of soft tissue dental lasers, and ordering removal of all of Zolar's misleading false advertisements as to the manufacturing origin of the Photon line of soft tissue dental lasers.

64. Pursuant to 15 U.S.C. § 1117, AMD LASERS is further entitled to recover from Zolar the gains, profits, and advantages that Zolar obtained as a result of their acts in violation of 15 U.S.C. § 1125(a), in an amount to be proven at trial.

65. Pursuant to 15 U.S.C. § 1117, AMD LASERS is entitled to recover the costs of this action. Moreover, because Zolar's misrepresentations and omissions were undertaken deliberately and willfully and with the intention of causing confusion, mistake, or deception in the marketplace, this is an exceptional case entitling AMD LASERS to recover punitive damages and its reasonable attorneys' fees.

## COUNT III
## COMMON LAW UNFAIR COMPETITION

66. AMD LASERS incorporates the allegations of paragraphs 1 through 45 as if fully set forth herein.

67. Zolar willfully and knowingly have engaged in unfair acts and trade practices by falsely representing that the Photon line of soft tissue dental lasers are manufactured in Canada and/or by omitting the correct geographic origin of manufacturing of those lasers.

68. As a direct and proximate result of Zolar's unfair acts and trade practices, Zolar has been unjustly enriched and AMD LASERS has been damaged in an amount to be proven at trial.

69. Additionally, as a direct and proximate result of Zolar's unfair acts and trade practices, AMD LASERS has sustained, and will continue to sustain, immediate and irreparable injury for which there is no adequate remedy at law and which will continue unless enjoined by this Court. AMD LASERS is therefore entitled to injunctive relief restraining Zolar and its agents, employees, and representatives, from engaging in future acts of false advertising and unfair competition, ordering that a correct geographic country of origin of manufacturing be placed on all labeling and marketing materials for the Photon line of soft tissue dental lasers, and ordering removal of all of Zolar's misleading false advertisements as to the manufacturing origin of the Photon line of soft tissue dental lasers.

## **PRAYER FOR RELIEF**

WHEREFORE, AMD LASERS prays that this Court award the following relief:

A. A preliminary and permanent injunction enjoining and restraining Zolar, its agents, employees, representatives and all persons acting in concert with either of them, from (a) engaging in future acts of false advertising and unfair competition, (b) ordering that a correct

geographic country of origin of manufacturing be placed on all labeling and marketing materials for the Photon line of soft tissue dental lasers, and (c) ordering removal of all of Zolar's misleading false advertisements as to the manufacturing origin of the Photon line of soft tissue dental lasers;

  B. An accounting and judgment against Zolar for (a) all profits received from the sales of Photon and/or Photon Plus soft tissue dental lasers in the United States, (b) damages sustained by AMD LASERS on account of Zolar's false advertising, unfair competition and false designation of origin, (c) treble damages, where appropriate, and (d) punitive damages to deter such actions in the future;

  C. AMD LASERS' costs of this suit, including its reasonable attorneys' fees, interest, and expenses;

  D. Pursuant to 15 U.S.C. § 1118, the destruction of all advertising, promotional, marketing, product labeling, and product packaging materials, or any other materials, which represent, state, or infer that the geographic origin of manufacturing of the Photon line of soft tissue dental lasers is Canada; and

  E. Grant AMD LASERS such other and further relief as may be deemed just and proper and as is warranted by the evidence.

## **JURY DEMAND**

AMD LASERS demands a trial by jury on all issues in this case that may be so triable to a jury.

| | |
|---|---|
| February 26, 2016<br>Chicago, Illinois | Respectfully submitted,<br><br>AMD GROUP, LLC<br><br>By:  /s/Paul Olszowka<br>    One of its Attorneys<br><br>Paul Olszowka (6291267)<br>paul.olszowka@btlaw.com<br>BARNES & THORNBURG LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, Illinois  60606<br>(312) 357-1313 – Phone<br>(312) 759-5646 - FAX<br><br>Todd Vare (6238287)<br>Todd.vare@btlaw.com<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana  46204<br>(317) 236-1313 – Phone<br>(317) 231-7433 – FAX |